DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHANE RICHARDS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-0640

[May 16, 2018]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest A. Kollra, Jr., Judge; L.T. Case No. 06-17746CF10A.

Shane Richards, Raiford, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Carter v. State*, 127 So. 3d 572, 574 (Fla. 4th DCA 2012); *Martell v. State*, 676 So. 2d 1030, 1031 (Fla. 3d DCA 1996).

CONNER, FORST and KLINGENSMITH, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***